AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

AIDAN WALSH

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1698-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 19, 2005**, in **Suffolk** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense) willfully and maliciously destroy or injure a structure or other real property, or attempt to do so, within the territorial jurisdiction of the United States,

in violation of Title **18** United States Code, Section(s) **1363**

I further state that I am a(n) **Lieutenant, Fed. Protect. Svs.** and that this complaint is based on the following
Official Title

facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☑ Yes   ☐ No

_George M. [signature]_
Signature of Complainant

Sworn to before me and subscribed in my presence,

**7-20-05** at Boston, Massachusetts
Date                                             City and State

Charles B. Swartwood III
US Magistrate Judge
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.