CA# 05-1698-CBS

# AFFIDAVIT OF GEORGE N. LYONS

I, George N. Lyons, do hereby depose and say as follows:

1. I am a Lieutenant with the Federal Protective Service, Department of Homeland Security ("FPS"), and have been so employed since 1984. I am currently assigned to the Boston, Massachusetts district. Prior to joining the FPS, I was a Security Police Officer for four years with the United States Air Force, Strategic Air Command, in Albany, Georgia.

2. In connection with my duties and responsibilities as a FPS Officer, I have received training in police tactics and firearms procedures. I have participated in numerous arrests of individuals suspected of having committed offenses against the United States.

3. I submit this Affidavit in support of the filing of a criminal complaint against Aidan Walsh ("Walsh"). This affidavit is based upon personal knowledge, and information supplied to me by other citizens and federal law enforcement agents. This affidavit does not contain all of the information known to law enforcement agents, but rather the information that I believe is sufficient to support the issuance of a criminal complaint.

4. On July 19, 2005, at approximately 7:30 PM, I intercepted Aidan Walsh ("Walsh") outside the John F. Kennedy Federal Building where he had just broken the glass entrance door to the building. My later review of the perimeter video security tape showed that, prior to breaking the glass entrance door, he

had damaged the garage doors to the same building, and had attempted to remove the card reader machine from the driveway.

    5. When I approached Walsh, I inquired whether he needed help. He told me that he wanted to see an FBI agent and that he wanted to, "split his [expletive] head open." He also stated that he wanted to see a female FBI agent whose name was, "Leslie" for improper sexual purposes.

    6. Due to his agitated state and verbal demeanor, I requested that he sit down at the entrance. When I asked him whether he had broken the door, he responded (profanely) in the affirmative, and said that it was necessary because of, "what the FBI has done to me." He told me that he was on various medications, which he had taken in the morning, but not his nightly dose. Shortly thereafter, I placed Walsh under arrest and read him his rights.

    7. Based upon the foregoing, there is probable cause to believe that Aidan Walsh did, within the territorial jurisdiction of the United States, willfully and maliciously destroy or injure any structure, or real or personal property, or attempt to do so,

in violation of Title 18, United States Code, Section 1363.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, this 20th day of July, 2005.

_____
George N. Lyons
Federal Protective Service

SWORN TO AND SUBSCRIBED BEFORE ME THIS DATE
_____
CHARLES B. SWARTWOOD, III
United States Magistrate Judge