UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
            Plaintiff,
v.
                                        MJ 05-1698-CBS

AIDAN WALSH,
            Defendant,


                    ORDER OF APPOINTMENT OF COUNSEL

                            July 20, 2005

SWARTWOOD, C.M.J.

   It is hereby ORDERED that Cathy Byrne of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.


                                   CHARLES B. SWARTWOOD, III
                                   CHIEF MAGISTRATE JUDGE

                                   By the Court:


                                   /s/ Lisa B. Roland
                                   Lisa B. Roland
                                   Deputy Clerk