UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>AIDAN WALSH, )<br>      Defendant, )<br>) | CRIMINAL ACTION<br>NO. 05-1698-CBS |

**MEMORANDUM OF PROBABLE CAUSE AND**
**ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION**
**July 21, 2005**

**SWARTWOOD, C.M.J.**

I. Nature of the Offense and the Government's Motion

On July 20, 2005, a Criminal Complaint was filed, charging Aidan Walsh ("Mr. Walsh"), with malicious destruction of property within the territorial jurisdiction of the United States, in violation of 18 U.S.C. §1363.

At Mr. Walsh's initial appearance on July 20, 2005, he was advised of his right to a preliminary examination in accordance with Fed. R. Crim. P. 5.1 and the Government moved for a detention hearing in accordance with 18 U.S.C. §3142(f)(2)(A)(risk of flight).

This case was then continued to a later time on July 20, 2005 for a consolidated probable cause and detention hearing. At that time, Mr. Walsh waived his right to a probable cause hearing and

assented to an Order of Detention, but reserved his right to a detention hearing in the future.

## II. Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1. That Mr. Walsh be committed to the custody of the Attorney General or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. That Mr. Walsh be afforded a reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Walsh is detained and confined shall deliver Mr. Walsh to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

<u>RIGHT OF APPEAL</u>

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE
