UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 05-1698-CBS |
| ) | |
| AIDAN WALSH ) | |

DISMISSAL OF COMPLAINT

The United States of America, by United States Attorney Michael J. Sullivan, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the complaint herein, issued on July 20, 2005. As grounds for the instant dismissal, the undersigned states that the thirty-day period pursuant to 18 U.S.C. § 3161(b) within which to indict the defendant following his arrest has expired, and by operation of 18 U.S.C. § 3161(a)(1), the charges must be dismissed

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MICHAEL K. LOUCKS
First Assistant U.S. Attorney

LEAVE TO FILE GRANTED:

_____
JUDITH G. DEIN
UNITED STATE MAGISTRATE JUDGE

Dated: 9/9/05